# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0210
Lower Tribunal No. 22-CC-005506

_____

XIAOSHENG YUE and JINSONG ZHANG,

Appellants,

v.

SAFE HARBOR TITLE COMPANY and MARISENA PENELOPE PEPPER,

Appellees.

_____

Appeal from the County Court for Lee County.
Lindsay S. Garza, Judge.

July 12, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

STARGEL, WHITE and MIZE, JJ., concur.


Xiaosheng Yue and Jinsong Zhang, Kissimmee, pro se.

Stuart M. Pepper, Cape Coral, for Appellee, Marisena Penelope Pepper.

No Appearance for Appellee, Safe Harbor Title Company.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED